# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CODY LUCAS, individually and on behalf of other similarly situated individuals,<br><br>        Plaintiff,<br><br>vs.<br><br>SPORTRADAR, US; MAJOR LEAGUE BASEBALL; MLB ADVANCED MEDIA, LP; HOUSTON ASTROS, LLC; and BOSTON RED SOX BASEBALL CLUB, LP,<br>        Defendants. | Civil No. 20-cv-00602 (PJS-TNL)<br><br>**ORDER GRANTING STIPULATED MOTION FOR STAY** |

This matter is before the Court on Plaintiff Cody Lucas and Defendants Major League Baseball, MLB Advanced Media, LP, Houston Astros, LLC, and Boston Red Sox Baseball Club, LP's stipulated motion to stay proceedings in this case pending resolution of post-judgment and appellate proceedings in *Olson v. Major League Baseball, et al.*, 1:20-CV-00632-JSR (S.D.N.Y.) and *Clifford v. Major League Baseball, et al.*, 1:20-CV-01000-JSR (S.D.N.Y.). Having reviewed the parties' stipulated motion, and upon consideration of all the files, records, and proceedings in this matter and finding good cause shown, IT IS HEREBY ORDERED that:

    1.    All further proceedings in this case are stayed pending the resolution of post-judgment and appellate proceedings in *Olson* and *Clifford*.

2. Within 14 days after the post-judgment and appellate proceedings in *Olson* and *Clifford* are resolved or terminated, the parties shall file a joint letter informing the Court how they wish to proceed in this case.

Dated: May 6, 2020     s/Patrick J. Schiltz
　　　　　　　　　　　　　　　　　Patrick J. Schiltz
　　　　　　　　　　　　　　　　　United States District Judge