UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CODY LUCAS, individually and on behalf of other similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>SPORTRADAR, US; MAJOR LEAGUE BASEBALL; MLB ADVANCED MEDIA, LP; HOUSTON ASTROS, LLC; and BOSTON RED SOX BASEBALL CLUB, LP,<br><br>Defendants. | Civil No. 20-cv-00602 (PJS-TNL)<br><br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SPORTRADAR US LLC** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Cody Lucas herby voluntarily dismisses this action as against Defendant Sportradar US LLC ("Sportradar").

Under Fed. R. Civ. P. 41(a)(1)(A)(i), a plaintiff may voluntarily dismiss an action without court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Defendant Sportradar has neither served an answer nor a motion for summary judgment. In addition, no class has yet been certified. Accordingly, Plaintiff hereby gives notice of the dismissal of his claims and of this action without prejudice as against Defendant Sportradar. This Notice of Voluntary Dismissal applies only to Defendant Sportradar and does not affect the status of this action or Plaintiff's claims against the other Defendants.

Dated: May 6, 2020

Respectfully submitted,

CODY LUCAS, individually and on behalf of similarly situated individuals

By: /s/ *Paul T. Geske*
One of Plaintiff's Attorneys

Robert K. Shelquist
Lockridge Grindal Nauen, PLLP
100 Washington Ave., Ste. 220
Minneapolis, MN 55401
Tel: (612) 339-6900
rkshelquist@locklaw.com

Myles McGuire (*pro hac vice* to be filed)
mmcguire@mcgpc.com
Paul T. Geske (*pro hac vice*)
pgeske@mcgpc.com
Eugene Y. Turin (*pro hac vice* to be filed)
eturin@mcgpc.com
Timothy P. Kingsbury (*pro hac vice* to be filed)
tkingsbury@mcgpc.com
MCGUIRE LAW, P.C.
55 W. Wacker Dr., 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
Fax: (312) 275-7895

*Counsel for Plaintiff and the Putative Class and Subclass*

- 3 -

## CERTIFICATE OF SERVICE

I, Paul T. Geske, certify that on May 6, 2020, I filed the foregoing *Plaintiff's Notice of Voluntary Dismissal of Defendant Sportradar US LLC Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)* via the Court's CM/ECF electronic filing system. A copy of said document will be electronically transmitted to all counsel of record.

/s/ *Paul T. Geske*