# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CODY LUCAS, individually and on behalf of other similarly situated individuals,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SPORTRADAR, US; MAJOR LEAGUE BASEBALL; MLB ADVANCED MEDIA, LP; HOUSTON ASTROS, LLC; and BOSTON RED SOX BASEBALL CLUB, LP,<br><br>　　　　Defendants. | Civil No. 20-cv-00602 (PJS-TNL)<br><br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this action shall be, and hereby is, voluntarily dismissed without prejudice as to Plaintiff's individual claims against Defendants Major League Baseball, MLB Advanced Media, LP, Houston Astros, LLC, and Boston Red Sox Baseball Club, LP.[1]

Under Fed. R. Civ. P. 41(a)(1)(A)(i), a plaintiff may voluntarily dismiss an action without court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. None of the Defendants have served an answer nor a motion for summary judgment. In addition, no class has yet been certified. Accordingly, Plaintiff hereby gives notice of the dismissal of his individual claims and of this action without prejudice.

Dated: May 3, 2022

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　CODY LUCAS, individually and on behalf of similarly situated individuals

　　　　　　　　　　　　　　　　　　By: /s/ *Paul T. Geske*
　　　　　　　　　　　　　　　　　　One of Plaintiff's Attorneys

---

[1] Plaintiff previously voluntarily dismissed his individual claims against Defendant Sportradar US LLC (Dkt. 32), and this Notice applies to Plaintiff's other individual claims against the remaining Defendants.

- 1 -

Robert K. Shelquist
Lockridge Grindal Nauen, PLLP
100 Washington Ave., Ste. 220
Minneapolis, MN 55401
Tel: (612) 339-6900
rkshelquist@locklaw.com

Myles McGuire
mmcguire@mcgpc.com
Paul T. Geske (*pro hac vice*)
pgeske@mcgpc.com
Eugene Y. Turin
eturin@mcgpc.com
Timothy P. Kingsbury
tkingsbury@mcgpc.com
MCGUIRE LAW, P.C.
55 W. Wacker Dr., 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
Fax: (312) 275-7895

*Counsel for Plaintiff*

- 3 -

**CERTIFICATE OF SERVICE**

I, Paul T. Geske, certify that on May 3, 2022, I filed the foregoing *Plaintiff's Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)* via the Court's CM/ECF electronic filing system. A copy of said document will be electronically transmitted to all counsel of record.

/s/ *Paul T. Geske*